**Order entered October 4, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00769-CV

## LARRY K. ANDERS, Appellant

## V.

## CROSSFIRST BANK, A KANSAS STATE BANK, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05551-2018**

## ORDER

A sealed supplemental clerk's record was filed in this appeal on September 30, 2021. Included within the record is a copy of the trial court's June 17, 2021 "Agreed Order Regarding Sealed Records." The order, as the title reflects, was signed based on the parties' agreement.

Under Texas Rule of Civil Procedure 76a, court records are generally presumed to be open to the general public and may be sealed only upon motion and if certain conditions are met. *See* TEX. R. CIV. P. 76a. Among those conditions are

that the movant must provide public notice, the trial court must hold a hearing on the motion in open court as soon as practicable, and the trial court must issue an order that complies with the requirements of rule 76a(6). *See id.* 76a(6). The trial court may issue a temporary sealing order in certain circumstances, but any temporary order must set the time for the required open court hearing and direct the movant to immediately give the public notice regarding the open court hearing. *See id.* 76a(5).

The sealing order filed here does not meet the requirements of either a temporary or final sealing order under Rule 76a and does not support the record being filed under seal. Although we could order the sealed record be unsealed, we determine the parties should be given an opportunity to obtain from the trial court a final order that complies with the requirements of Rule 76a. *See* TEX. R. CIV. P. 76a. The sealed record **SHALL REMAIN UNDER SEAL** for **FORTY DAYS** to allow the parties to (1) obtain such an order, (2) file written verification an order complying with Rule 76a was not signed, or (3) file redacted documents to protect sensitive information as contemplated under Texas Rule of Appellate Procedure 9.9. Should the trial court sign a Rule 76a sealing order, the order shall be filed in a supplemental clerk's record no later than **FORTY-FIVE DAYS** from the date of this order. *If the trial court does not sign a sealing order within the time prescribed, the Court will order the above-noted clerk's record unsealed.*

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court; Collin County District Clerk Lynne Finley; and, the parties.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE